NOV - 4 2016

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**                                                                Chapter 13

ALBERTO **SOLER**,                                   Case No. **16-18464** (AJC)

Debtor.

_____/

## MOTION TO EXTEND COURT'S STAY EXPIRING NOVEMBER 1$^{ST,}$ 2016 TO SERVE RULE OF LAW DEBTOR DESERVES HIS DAY IN COURT CONFORMING WITH DUE PROCESS OF LAW RESERVE TO ALL

COMES NOW the Debtor ALBERTO SOLER (hereinafter DAS), in the above-captioned matter and pursuant to *Bankruptcy Rule of Procedure 362 and/or any other applicable or local rules*, respectfully requests that the Court's extend the stay expiring November 1st. 2016, for the record shows the facts say Court will agree so knowing what has been taken place throughout the entire case DAS prays so.

### STATEMENT OF THE CASE AS IT STANDS NOW

1. On September 27th, 2016 the Court continue hearing DAS request for reconsider the Court dismissal of the case setting new hearing date the 25th and placing a stay up to November 1st instructing FNMA not to move for sale date until and if necessary due to the hearing results.

2. On October 25th, DAS made it late for case roll call for being stuck waiting

on the clerk giving DAS a hard time filing pleadings for DAS proceeding pro-se DAS saying all pleadings good please do not delay I have a hearing it already started soon my case will be called so filed my pleading as soon as you can the clerk not soon instead doing like it as up to noon DAS worry now doom no way to save his day to say in court DAS w/o a cell not allowed to bring cell not license attorney no matter what no matter proceeding pro-se so DAS hoping all be ok will at least make it while court hearing cases.

3. DAS made it the Court hearing cases DAS asking Bailiff saying you miss roll call you ok but you place to the back last case call DAS relieve now just wait but all that wait was bait when case called hearing late not here at roll call so denied hearing your case lack of prosecution already prosecuted FNMA not needing to wait DAS saying but wait there must be here another FNMA attorney to give me a break to hear my case trustee saying none here your case cant not be heard w/o a FNMA attorney present DAS replying so why was my case heard and adjudicated w/o my present aren't you in place for also in my best interest DAS getting nothing back trustee staying moot after DAS saying that.

4. DAS still having hopes all be ok for the Court did say go ahead get consent from FNMA to reschedule new hearing and filed a motion back within 14-days to see if I agree to a new hearing date that's all I can say I not allowed to give you a

hint what motion is that you can filed for you to get your a hearing date back good luck to you on that.

FNMA never getting back none of their 6 now 5 attorney 2 law firms against me not responding back to me why is that they have never ever gotten back to me on anything from me after case dismissal the Court should check into that and why is that.

5. DAS would like to ask a question to the Honorable Judge here having long history of judicial acts:

*"what is the common result when license attorney being late misses case roll call but arriving still the court hearing cases" ....*

<u>May I ask you Judge that and excuse me if not proper for me to say for being pro-se and just one other thing Judge at the time during our conversation about lack of prosecution that decision was yet signed by you as a final judicial order only being recommended by the Trustee to do so.</u>

6. Anyways forget I said that now as this case stands today court stay in jeopardy last day stay in place so this motion now follows to first request to extend stay DAS also filing here separate motion for reconsideration/new hearing date. <u>Attachment (A)</u>

In hopes this Court does give back DAS his day in court so in support to extend stay w/o any consent given by opposing party, DAS says the following in a nut

3

shell so the court don't waste time to much more to do extend stay;

## THE RECORD SHOWS THE FACTS SAY EXTEND THE STAY

*"The Record"*

7. DAS diligence trying very hard under and by the rules to save his homestead given to him by his dad at when death and why dad's code 13plan never confirmed but now DAS having trouble saving his home in his own code 13 no matter DAS following the rule of law doing filing pleading by the rules yet case here got dismissed the court saying for not filing schedules after DAS (3) days before the court did filed an extension to file schedules due to motion request for the court to consolidate both his and dads case to save judicial resources for due process of law.

*"The Facts"*

8. FNMA always even from the beginning of the state case always in bad still currently going on here unlawfully against federal law not giving DAS his right to assume his dad's loan trying very hard all against the law and the court rules wanting instead to sell the homestead to divide up the sale proceeds upon themselves.

Does the Judge here remember when DAS said during first hearing of 9/27/:

*" Judge, FNMA acting in faith they said during state case ok consent stay sale date but then at stay hearing date after DAS'S representative saying so the trial judge saying back not ok sale date stays in place while FNMA staying moot"*

4

DAS hearing back:

> "take that up with the state judge not me"

## CONCLUSION

9. The current stay justly delaying if any prejudice so further stay for no bias getting rid of all the prejudice for only justice due process of law.

## RELIEF

**WHEREFORE,** DAS respectfully requests the Court to extend the stay it put in place so the rule of law is served for Debtor deserve his day in court

*Filed-sent out this 31st day of October, 2016 via USPS first class mail sufficient postage paid*

Respectfully submitted,

/Alberto Soler/
ALBERTO SOLER
Pro Se Debtor
SE 8th Place
Hialeah, Fl 33010
(786) 613-1778
asusoler@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forward/furnish to all parties of record via US First Class mail sufficient postage paid and via email document attached this 31st day of October, 2016.

/Alberto Soler/

5

# ATTACHMENT (A)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**  Chapter 13

ALBERTO **SOLER**,  Case No. **16-16898** (AJC)

Debtor.

_____/

**MOTION FOR RECONSIDERATION SCHEDULE NEW HEARING DATE**

*Debtor deserves his day in court and if Trustee as issue recommendation to deny motion for want of prosecution Debtor absence at roll call it should be rejected Debtor was present before-when-then addressing Judge for due process of law*

COMES NOW the Debtor ALBERTO SOMOHANO-SOLER (ASUS), pursuant to the applicable rules to request a new hearing date on his motion to alter dismissal order, <u>attached</u> **(A)**, not heard in the hearing of *October 25th, 2016* due to ASUS should of know if running late can't call pro-se not allowed cell in court's halls ringing opposing counsel to say on case roll call consented case debtor arriving soon there during judge hearing cases and DAS did get there even before many other cases pages yet called before DAS page called.

In support for sure DAS given new hearing date, see <u>attached</u> **(B)**

**WHEREFORE,** DAS respectfully requests the Court to provide a new hearing on his motion to alter dismissal order yet heard on the merits for due process of law.

/ASUS/

*Filed-sent out this 31st day of October, 2016 via USPS first class mail sufficient postage paid*

Respectfully submitted,

/ASUS/
ALBERTO SOMOHANO-SOLER
Debtor/Pro Se
736 SE 8th Place
Hialeah, Fl. 33010
(786) 613-1778
asusoler@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion request was furnished to all interest party of record via USPS first class mail sufficient postage paid, this 31st day of October, 2016.

/ASUS/

2