

ORDERED in the Southern District of Florida on November 9, 2016.

*A. Jay Cristol*

**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                CASE NO.16-18464-BKC-AJC
ALBERTO SOLER,
    DEBTOR(S).
_____/

**ORDER DENYING DEBTOR'S MOTION TO ALTER DISMISSAL ENTRY COURT'S ORDER CLEAR ERROR AND CONTRARY TO DUE PROCESS OF SO DEBTOR INTERJECTS OBJECTIONS (ECF #30)**

    THIS CASE came on to be heard on October 25, 2016, for the Debtor's Motion to Alter Dismissal Entry Court's Order Clear Error and Contrary to Due Process of so Debtor Interjects Objections (ECF #30), and based on the record, it is

    ORDERED as follows:

    1.   The Debtor's Motion (ECF #30) is denied for want of prosecution.


###


PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.